NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUFI NETWORK SERVICES, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1761

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00453-TCW, Judge Thomas C. Wheeler.

---

**JUDGMENT**

---

BRIAN TULLY MCLAUGHLIN, Crowell & Moring, LLP, Washington, DC, argued for plaintiff-appellant. Also represented by FREDERICK W. CLAYBROOK, JR., Claybrook LLC, Washington, DC.

DOUGLAS T. HOFFMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSHMAN, JR., STEVEN J. GILLINGHAM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, WALLACH, and CHEN, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 10, 2017          /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                    Clerk of Court